IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stewart-Heidelberg, Carrie M

Printed: 02/03/09

Case Number:  07 B 03660

Judge:  Squires, John H

Filed:  3/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  October 22, 2008
Confirmed:  May 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,698.00 |  |
| Secured: |  | 3,457.36 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 969.00 |
| Trustee Fee: |  | 271.64 |
| Other Funds: |  | 0.00 |
| Totals: | 4,698.00 | 4,698.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 969.00 | 969.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 299.80 | 299.80 |
| 4. | HomeComings Financial Network | Secured | 9,729.95 | 3,157.56 |
| 5. | Capital One | Unsecured | 623.70 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 102.10 | 0.00 |
| 7. | B-Real LLC | Unsecured | 207.20 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 336.12 | 0.00 |
| 9. | Capital One | Unsecured | 69.10 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 54.02 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 943.52 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 51.75 | 0.00 |
| 13. | HSBC | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,386.26 | $ 4,426.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 166.82 |
| 6.5% | 86.19 |
| 6.6% | 18.63 |
|  | $ 271.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stewart-Heidelberg, Carrie M

Printed: 02/03/09

Case Number:  07 B 03660

Judge:  Squires, John H

Filed:  3/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: